(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALDINO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, ANTHONY DALIA; and Does 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00659-KK-DTB<br><br>[San Bernardino Superior Court Case No. CVRS2500486]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 22, 2025 |

1  Plaintiff GALDINO RODRIGUEZ and Defendant TARGET CORPORATION, acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulated, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this litigation, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above captioned lawsuit is DISMISSED in its entirety with prejudice as to all claims against Defendant and all parties, and for each party to bear its own attorneys' fees and costs.

DATED: September 9, 2025

Hon. Kenly Kiya Kato
United States District Judge